THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERMAN LEE BARTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> SNOHOMISH COUNTY SHERIFF'S DEPARTMENT, <br><br> Defendant. | CASE NO. C15-411 JCC-BAT <br><br> ORDER OF DISMISSAL |

The Court, having reviewed the proposed complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is ADOPTED;

2. Plaintiff's proposed 42 U.S.C. § 1983 complaint is DISMISSED without prejudice for failure to prosecute; and

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

//
//
//
//
//

ORDER OF DISMISSAL
PAGE - 1

1   DATED this 24th day of June 2015.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 2